

**NUMBER 13-14-00057-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**LUIS HESS,**                                                                                   **Appellant,**

**v.**

**RUDY VILLARREAL,**                                                                      **Appellee.**

---

**On appeal from the 275th District Court
of Hidalgo County, Texas.**

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Longoria
Memorandum Opinion Per Curiam**

Appellant, Luis Hess, perfected an appeal from a judgment entered by the 275th District Court of Hidalgo County, Texas, in cause number C-4354-13-E. The parties have filed an agreed motion to dismiss with prejudice on grounds that appellant no longer wishes to prosecute his claims against appellee. The parties request that this Court dismiss this case with prejudice and that each party pay their own costs.

The Court, having considered the documents on file and the joint motion to dismiss with prejudice, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
30th day of December, 2014.

2